UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DONALD JACKSON, | ) | |
| | ) | CIVIL ACTION NO. |
| Petitioner, | ) | |
| | ) | 3:05-CV-0698-G |
| VS. | ) | |
| | ) | CRIMINAL ACTION NO. |
| UNITED STATES OF AMERICA, | ) | |
| | ) | 3:93-CR-368-G |
| Respondent. | ) | |

## OPINION AND ORDER

After making an independent review of the pleadings, files and records in this case, and the findings, conclusions and recommendation of the United States Magistrate Judge, I am of the opinion that the findings and recommendation of the magistrate judge are correct and they are hereby adopted as the findings and conclusions of the court.

It is therefore **ORDERED** that the findings, conclusions and recommendation of the United States Magistrate Judge are **ADOPTED.**

June 20, 2005.

_____
A. JOE FISH
CHIEF JUDGE