UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DONALD JACKSON, | ) | |
| | ) | CIVIL ACTION NO. |
| Petitioner, | ) | |
| | ) | 3:05-CV-1184-G |
| VS. | ) | |
| | ) | CRIMINAL ACTION NO. |
| UNITED STATES OF AMERICA, | ) | |
| | ) | 3:93-CR-368-G |
| Respondent. | ) | |

## OPINION AND ORDER

After reviewing the petitioner's objections, or "traverse," to the findings and recommendation ("Findings") of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings to which objections have been made, I am of the opinion that the Findings of the magistrate judge are correct and they are hereby accepted as the Findings of the court.

It is therefore **ORDERED** that the findings, conclusions and recommendation of the United States Magistrate Judge are **ADOPTED.**

June 29, 2005.

_____
A. JOE FISH
CHIEF JUDGE